# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JAMES RICHARD GERMALIC**

vs.                                    **CASE NUMBER: 1:10-CV-1317**

**THE COMMISSIONERS, STATE
BOARD OF ELECTIONS, NEW YORK**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues
have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendants' motion to dismiss is
GRANTED; and the plaintiff's complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated
the 1st day of April, 2011.

DATED: April 1, 2011

_Lawrence K. Baerman_
Clerk of Court

s/
_____
Christine Mergenthaler
Deputy Clerk